UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DENNIS EUGENE CORDES,

      Plaintiff,

v.                                        Case No:   5:14-cv-284-Oc-38PRL

FNU CHIPI, FNU LIEU and WARDEN
LOCKE,

      Defendants.

_____

## **ORDER**

      This matter comes before the Court upon initial review of the file.   Plaintiff Dennis Eugene Cordes, proceeding *pro se*, initiated this action by filing a Civil Rights Complaint (Doc. #1) and an "emergency motion" for a temporary restraining order, preliminary injunction, or a protective order (Doc. #2) on May 19, 2014.   Plaintiff also seeks leave to proceed as a pauper, but filed an incomplete motion for leave to proceed *in forma pauperis*.[1]

      Although not the model of clarity, it appears Plaintiff was at one time diagnosed with "upper and lower" "partial paralysis," and provided either a wheelchair and/or a cane, a back brace, and someone helped him get his meals.   See generally Doc. #2.   Notes from 1998 reflect that Plaintiff could not stand for prolong periods.   Id.   At some point during 2014, correctional officials apparently took away Plaintiff's wheelchair, cane, and the person who helped Plaintiff receive meals.   The Complaint appears to allege claims arising from his medical conditions and/or conditions of his confinement.   Upon review and based on the allegations, the Court will direct

---

[1] The Court identified only one "strike," arising from a §1915 dismissal in case number 1:03-cv-798-ODE (N.D. Ga. 2003).

an expedited response to Plaintiff's emergency motion.   See Lewis v. Fla. Dep't of Corr., Case No. 3:12-cv-614-UAMH-JBT, 522 F. App'x 590 (11th Cir. 2013) (reversing and remanding district court's denial of a motion for preliminary injunction when record did not contain enough facts for appellate court to determine whether dismissal was proper).

ACCORDINGLY, it is hereby

**ORDERED:**

1.   The Clerk of Court shall mail Plaintiff the requisite prisoner consent form to accompany his motion for leave to proceed as a pauper.   Plaintiff must return the form **on or before June 18, 2014**, or face **dismissal** of this case without further notice.

2.   Defendants shall file a response to Plaintiff's emergency motion **on or before the close of business on June 2, 2014.**

**DONE** and **ORDERED** in Ocala, Florida on this 19th day of May, 2014.


_____
PHILIP R. LAMMENS
United States Magistrate Judge


SA: alr
Copies: All Parties of Record